

FILED & ENTERED

MAY 11 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Dennis M Franklin,<br><br><br><br><br><br>Debtor. | Case No: 2:10-bk-21768-VZ<br><br>Chapter: 13<br><br>ORDER GRANTING IN PART DEBTOR'S EMERGENCY APPLICATION FOR ORDERS: (1) TO VACATE APRIL 30, 2010 ORDER OF DIMSISSAL & REINSTATE CHAPTER 13 BANKRUPTCY DISMISSED DUE TO ATTORNEY'S INADVERTENT FAILURE TO FILE CHAPTER 13 PLAN; (2) TO REIMPOSE AUTOMATIC STAY IN FAVOR OF DEBTOR AS AGAINST ALL CREDITORS; (3) TO RESET DEBTOR'S 341(a) HEARING<br><br>[No Hearing Required] |

On May 7, 2010, Dennis M. Franklin, Debtor, filed an "Emergency Application For Orders: (1) To Vacate April 30, 2010 Order Of Dismissal & Reinstate Chapter 13 Bankruptcy Dismissed Due To Attorney's Inadvertent Failure To File Chapter 13 Plan; (2) To Reimpose Automatic Stay In Favor Of Debtor As Against All Creditors; (3) To Reset Debtor's 341(A) Hearing (the "Motion").

Having considered the Motion, and papers filed in support thereof, it is ordered that the

Motion is GRANTED IN PART, in that the order entered April 28, 2010 dismissing Debtor's

bankruptcy case is vacated.  All other relief requested is DENIED as superfluous.

DATED: May 11, 2010

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) <u>ORDER GRANTING IN PART DEBTOR'S EMERGENCY APPLICATION FOR ORDERS: (1) TO VACATE APRIL 30, 2010 ORDER OF DIMSISSAL & REINSTATE CHAPTER 13 BANKRUPTCY DISMISSED DUE TO ATTORNEY'S INADVERTENT FAILURE TO FILE CHAPTER 13 PLAN; (2) TO REIMPOSE AUTOMATIC STAY IN FAVOR OF DEBTOR AS AGAINST ALL CREDITORS; (3) TO RESET DEBTOR'S 341(a) HEARING</u> was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>May 10, 2010</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

<u>Chapter 13 Trustee</u>
Nancy K Curry     ecfnc@trustee13.com

<u>Attorney for Debtor</u>
R Grace Rodriguez     ecf@lorgr.com

<u>United States Trustee (LA)</u>
ustpregion16.la.ecf@usdoj.gov

<u>Others</u>
Angela M Fontanini     ecfcacb@piteduncan.com
Ramesh Singh     claims@recoverycorp.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**<u>Debtor</u>**
**Dennis M Franklin**
28945 Flowerpark Drive
Canyon Country, CA 91387

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

- 3